**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CASE NO. 3:22-mc-00174-FDW**

| | |
|---|---|
| IN RE: REQUEST FOR JUDICIAL ASSISTANCE FROM THE NATIONAL COURT OF ORIGINAL JURISDICTION IN CIVIL MATTERS NO. 86 IN BUENOS AIRES, ARGENTINA IN *JORGE HORACIO BLOJ V. CANDELA RUTH WECKESSER DENEVI*, REF. NO. 1172/2022 | ) ) ) ) ) ) ) |

**ORDER**

WHEREAS, the United States, by its counsel, on behalf of the National Court of Original Jurisdiction in Civil Matters No. 86 in Buenos Aires, Argentina, in *Jorge Horacio Bloj v. Candela Ruth Weckesser Denevi,* Foreign Reference Number 1172/2022, through its Application pursuant to 28 U.S.C. § 1782, is seeking to obtain certain information from Wells Fargo, for use in connection with a judicial proceeding in the National Court of Original Jurisdiction in Civil Matters No. 86 in Buenos Aires, Argentina; and

WHEREAS upon review of the Letter of Request issued by the National Court of Original Jurisdiction in Civil Matters No. 86 in Buenos Aires, Argentina, in *Jorge Horacio Bloj v. Candela Ruth Weckesser Denevi,* Foreign Reference Number 1172/2022, seeking evidence from individuals or entities who may be found within the jurisdiction of this Court for use in said judicial proceedings in Argentina, and the Court being fully informed in the premises.

NOW THEREFORE, it is ORDERED AND ADJUDGED, pursuant to the authority contained in Title 28, United States Code Section 1782(a) and Rule 28(a) of the Federal Rules of Civil Procedure that Caroline B. McLean, Assistant United States Attorney for the Western District of North Carolina, hereby is appointed Commissioner of this Court, to obtain by subpoena

the requested evidence from Wells Fargo Bank for transmission to the Office of International Judicial Assistance, United States Department of Justice, for transmission to the National Court of Original Jurisdiction in Civil Matters No. 86 in Buenos Aires, Argentina, in *Jorge Horacio Bloj v. Candela Ruth Weckesser Denevi,* Foreign Reference Number 1172/2022, and to do all else that may be necessary for the accomplishment of the purpose of this Order.

    IT IS FURTHER ORDERED that the United States Attorney's Office shall provide Wells Fargo in Charlotte, NC with a copy of this Order and the accompanying documents.

Signed: May 8, 2023

_____
Frank D. Whitney
United States District Judge